| CRIMINAL CASE COVER SHEET | U.S. ATTORNEY'S OFFICE |
|---|---|

Place of Offense (City & County): Knoxville, Knox County, Tennessee

Defendant Information: MARK HAZELWOOD

Juvenile _____ Yes __X__ No    Matter to be Sealed: __X__ Yes _____ No

Defendant Name: MARK HAZELWOOD

Interpreter: No __X__ Yes _____ Language _____

Total # of Counts: _____ Petty _____ Misdemeanor (Class ___) __4__ Felony

| | ORIGINAL<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Count One: Conspiracy to commit Mail Fraud and Wire Fraud:<br>18 U.S.C. § 1349 | 1 |
| Set 2 | Counts Eight and Ten: Wire Fraud:<br>18 U.S.C. § 1343 | 8, 10 |
| Set 3 | Count Fourteen: Witness Tampering:<br>18 U.S.C. § 1512(b)(3) | 14 |

(Use tab key after entering counts to create additional rows)

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of Offense Charged | New count?<br>Y or N | New Count # | Old Count #<br>(if applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____N/A_____ before Judge _____

Criminal Complaint Filed: No __x__ Yes _____ Case No. _____

Related Case(s):   Please see attached chart of related cases.

_____
Case Number        Defendant's attorney        How related

Criminal Informations:
Pending criminal case:   No _____   Yes _____ Case No. _____
New Separate Case _____  Supersedes Pending Case _____
Name of defendant's attorney: _____
Retained: _____       Appointed: _____

Date: 2/02/2016              Signature of AUSA: _[signature]_

Related cases to *United States v. Hazelwood, et al.*:

| Case Number | Case Style | Defendant's Attorney | How related |
| --- | --- | --- | --- |
| 3:13-CR-173 | U.S. v. Christopher Andrews | Michael E. McCue | same conspiracy as the instant case |
| 3:13-CR-70 | U.S. v. Kevin Clark | Edward G. Warin | same conspiracy as the instant case |
| 3:13-CR-77 | U.S. v. Scott Fenwick | Randall E. Reagan | same conspiracy as the instant case |
| 3:13-CR-175 | U.S. v. Lexie Holden | Francis L. Lloyd, Jr. Guy W. Blackwell | same conspiracy as the instant case |
| 3:13-CR-58 | U.S. v. Ashley Judd | Norman D. McKellar | same conspiracy as the instant case |
| 3:13-CR-174 | U.S. v. Brian Mosher | Steven M. Kowal | same conspiracy as the instant case |
| 3:13-CR-69 | U.S. v. Holly Radford | Marcos M. Garza | same conspiracy as the instant case |
| 3:13-CR-63 | U.S. v. Arnold Ralenkotter | Edward M. Yarbrough | same conspiracy as the instant case |
| 3:13-CR-68 | U.S. v. James Sinnett | James Logan | same conspiracy as the instant case |
| 3:13-CR-78 | U.S. v. Janet Welch | Robert R. Kurtz | same conspiracy as the instant case |