# CRIMINAL CASE COVER SHEET     U.S. ATTORNEY'S OFFICE

Place of Offense (City & County):  Knoxville, Knox County, Tennessee

Defendant Information: KAREN MANN

Juvenile  _____  Yes__X__  No      Matter to be Sealed: ___X_ Yes _____ No

Defendant Name:  KAREN MANN _____

Interpreter:  No ___x___  Yes _____  Language _____

Total # of Counts:  _____ Petty _____ Misdemeanor (Class ____) ___1___ Felony

| | ORIGINAL<br>U.S.C. Citation(s) and Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1 | Count One: Conspiracy to commit Mail Fraud and Wire Fraud:<br>18 U.S.C. § 1349 | 1 |
| Set 2 | | |

(Use tab key after entering counts to create additional rows)

| | SUPERSEDING INDICTMENT<br>U.S.C. Citation(s) and Description of<br>Offense Charged | New count?<br>Y or N | New Count<br># | Old<br>Count #<br>( if<br>applicable) |
|---|---|---|---|---|
| Set 1 | | | | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set):  _____N/A_____  before Judge _____

Criminal Complaint Filed: No ___x___ Yes _____ Case No. _____

Related Case(s):  Please see attached chart of related cases.

_____
Case Number      Defendant's attorney      How related

## Criminal Informations:

Pending criminal case:     No _____ Yes _____ Case No. _____
New Separate Case _____      Supersedes Pending Case _____
Name of defendant's attorney: _____
Retained: _____      Appointed: _____

Date: _2/02/2016_____      Signature of AUSA: _____

Related cases to *United States v. Hazelwood, et al.*:

| Case Number | Case Style | Defendant's Attorney | How related |
|---|---|---|---|
| 3:13-CR-173 | *U.S. v. Christopher Andrews* | Michael E. McCue | same conspiracy as the instant case |
| 3:13-CR-70 | *U.S. v. Kevin Clark* | Edward G. Warin | same conspiracy as the instant case |
| 3:13-CR-77 | *U.S. v. Scott Fenwick* | Randall E. Reagan | same conspiracy as the instant case |
| 3:13-CR-175 | *U.S. v. Lexie Holden* | Francis L. Lloyd, Jr. Guy W. Blackwell | same conspiracy as the instant case |
| 3:13-CR-58 | *U.S. v. Ashley Judd* | Norman D. McKellar | same conspiracy as the instant case |
| 3:13-CR-174 | *U.S. v. Brian Mosher* | Steven M. Kowal | same conspiracy as the instant case |
| 3:13-CR-69 | *U.S. v. Holly Radford* | Marcos M. Garza | same conspiracy as the instant case |
| 3:13-CR-63 | *U.S. v. Arnold Ralenkotter* | Edward M. Yarbrough | same conspiracy as the instant case |
| 3:13-CR-68 | *U.S. v. James Stinnett* | James Logan | same conspiracy as the instant case |
| 3:13-CR-78 | *U.S. v. Janet Welch* | Robert R. Kurtz | same conspiracy as the instant case |