

| | |
|---|---|
| United States of America | **CASE UNDER SEAL** |
| Plaintiff, | |
| v. | Case No. 3:16-CR-20 |
| Mark Hazelwood | |
| Defendant. | |

## MOTION FOR ADMISSION PRO HAC VICE

The undersigned, counsel for **Mark Hazelwood** moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1). **FILING FEE = $90.00**

☑ I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

**Texas and the District of Columbia**

☑ AND I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached.</u> ).

## OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(2). **NO FILING FEE REQUIRED.**

☐ An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 02/05/2016

*(Signature–hand signed)*

Name: Russell Hardin, Jr.

Firm: Rusty Hardin & Associates, LLP

Address:

1401 McKinney Street, Suite 2250, Houston, Texas 77010

Email address: rhardin@rustyhardin.com

Once your motion is granted, you must register for a CM/ECF account at
http://www.tned.uscourts.gov/RegistrationForm.php.

\* \* \* INCLUDE CERTIFICATE(S) OF SERVICE \* \* \*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served upon the following counsel of record on the 8th day of February, 2016.

F.M. (Trey) Hamilton III
David P. Lewen, Jr.
United States Attorney's Office
Eastern District of Tennessee
800 Market Street, Suite 211
Knoxville, Tennessee 37904
Trey.Hamilton@usdoj.gov
David.Lewen@usdoj.gov

_____
Andy Drumheller

# United States District Court
## Southern District of Texas

## Certificate of Good Standing

I, David J. Bradley, Clerk of Court, United States District Court for the Southern District of Texas, certify that the attorney identified below is admitted to practice in this court, and is in good standing as a member of the Bar of this Court.

Russell Hardin, Jr., Federal ID No 121595

Admission date: February, 23, 1996

Dated February 1, 2016, at Houston, Texas.

*David J. Bradley*

David J. Bradley,
Clerk of Court



By: Cassandra Sonnier, Deputy Clerk