UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 3:16-CR-00020 |
| v. | ) | Judge Collier |
| | ) | |
| MARK HAZELWOOD, et al. | ) | |

UNITED STATES' MOTION TO SEAL EXHIBIT 1 TO
UNITED STATES' MOTION *IN LIMINE* REGARDING
TESTIMONY OF SPECIAL AGENT KEVIN MCCORD

The United States respectfully moves the Court to enter an order directing that Exhibit 1 to the United States' Motion *in Limine* Regarding the Testimony of Special Agent Kevin McCord be filed under seal.

The basis for this motion is that the above-named exhibit submitted by the government relates to a matter that is presently sealed by the Court. The United States respectfully requests the opportunity for a brief *in camera* proceeding if the sealed nature of matter at issue is not readily apparent in Exhibit 1. Once the Court has reviewed Exhibit 1 in its entirety, the United States believes that it could submit a redacted version that is no broader than necessary.

Respectfully submitted,

NANCY STALLARD HARR
ATTORNEY FOR THE UNITED STATES
ACTING UNDER AUTHORITY
CONFERRED BY 28 U.S.C. § 515

By: *s/ Francis M. Hamilton III*
Francis M. Hamilton III
David P. Lewen, Jr.
Assistant United States Attorneys
800 Market Street, Suite 211
Knoxville, Tennessee 37902
(865) 545-4167

## CERTIFICATE OF SERVICE

       I hereby certify that on January 30, 2018, a copy of the foregoing Motion was filed electronically. Notice of the filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                              *s/ Francis M. Hamilton III*
                              Francis M. Hamilton III
                              David P. Lewen, Jr.
                              Assistant United States Attorney
                              Assistant United States Attorneys